IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ, | No. 2:19-CV-2518-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| S. GATES, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's request, ECF No. 14, to admit evidence. Plaintiff's motion is denied without prejudice as premature. At the current stage of the case, before the matter has become at-issue with the filing of an answer, there is no need to admit or consider evidence. At a later stage in the proceedings, following completion of discovery, the Court will permit entry of evidence in the proper context, i.e., a motion for summary judgment or at a trial on the merits.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request, ECF No. 14, is denied without prejudice.

Dated: August 5, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1