# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. GATES, et al.,<br><br>　　　　Defendants. | No. 2:19-CV-2518-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are Plaintiff's motions, ECF Nos. 31 and 33, for an interpreter. These filings are submitted in Spanish. As explained in the accompanying order, the Court cannot accept filings in a language other than English. Moreover, appointment of an interpreter is not available in this case because it was not initiated against Plaintiff by the United States. See 28 U.S.C. § 1827.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions, ECF Nos. 31 and 33, for an interpreter are denied.

Dated: March 8, 2022

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1