UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>S. GATES, et al.,<br><br>　　　　　　　　Defendants. | No.  2:19-cv-02518-DAD-DMC (PC)<br><br>ORDER DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PAY FILING FEE<br><br>(Doc. Nos. 45, 56) |

Plaintiff Rogelio May Ruiz is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 6, 2022, the assigned magistrate judge issued findings and recommendations recommending that defendant's motion to revoke plaintiff's *in forma pauperis* status under 28 U.S.C. § 1915(g) be granted because plaintiff had suffered three or more prior strike dismissals and that he be ordered to pay the required $402.00 filing fee in order to proceed with this action.  (Doc. No. 49.)  On January 23, 2023, the undersigned adopted those findings and recommendations, revoked plaintiff's *in forma pauperis* status, and ordered plaintiff to pay the $402 filing fee in full within thirty (30) days.  (Doc. No. 55.)  Plaintiff was cautioned that his failure to comply with that order and pay the required filing fee within the specified time would result in dismissal of this action.  (*Id*. at 3.)

1

To date, plaintiff has not paid the required filing fee or requested an extension of time to do so, and the deadline to pay the required filing fee has now passed.

Accordingly,

1. This action is dismissed without prejudice due to plaintiff's failure to pay the required filing fee;

2. Defendant's pending motion for summary judgment (Doc. No. 45) and plaintiff's pending motion for the appointment of counsel (Doc. No. 56) are both denied as having been rendered moot by this order; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 16, 2023**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

2